# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 19, 2011 |
| Court Reporter: Janet Coppock | Time: 27 minutes |

**CASE NO. 11-cv-01557-PAB-KLM**

| Parties | Counsel |
|---|---|
| **ENTEK GRB, LLC,** | Lucy Arnold |
| | L. Poe Leggette |
| Plaintiff (s), | |
| vs. | |
| **STULL RANCHES, LLC,** | Dudley Von Holt |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**1:32 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Preliminary Injunction and Expedited Ruling and Brief in Support (Doc #45), filed 9/2/11.**

Court will hear argument on the issue of whether the motion for preliminary injunction is outside the scope of the complaint.

Argument by Ms. Arnold.  Questions by the Court.

Argument by Mr. Von Holt.

Further argument by Ms. Arnold.

Court states its findings and concludes the motion for preliminary injunction is outside the scope of the complaint.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction and Expedited Ruling and Brief in Support (Doc #45), filed 9/2/11, is **DENIED WITHOUT PREJUDICE.**

Further argument by Ms. Arnold.

**1:59 p.m.     COURT IN RECESS**

**Total in court time:          27 minutes**

**Hearing concluded**