IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01557-PAB-KLM

ENTEK GRB LLC,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to File Amended Third Counterclaim** [Docket No. 55; Filed September 21, 2011] (the "Motion"). The Motion is unopposed [Docket No. 57] and timely filed. *Sched. Ord.*, Docket No. 42 at 16 (setting deadline for amendment of pleadings as November 30, 2011). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall enter the Amended Third Counterclaim located at Docket No. 55-1, which amends pages 6-7 of the Amended Counterclaims entered at Docket No. 25, effective as of the date of this Minute Order. Plaintiff shall answer or otherwise respond to the Amended Third Counterclaim on or before **October 11, 2011**.

    Dated: September 26, 2011