IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB LLC,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate and Reset Deadline Set in CM-ECF Docket No. 42** [Docket No. 64; Filed September 29, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Plaintiff's representation that it is not seeking a stay of discovery.  The deadline for the filing of a motion for protective order is reset as *seven business days* after the date when Plaintiff is served with Defendant's initial written discovery requests.

Dated:  September 29, 2011