IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB LLC,

        Plaintiff,

v.

STULL RANCHES, LLC,

        Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on the **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 96; Filed December 13, 2011] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The proposed Stipulated Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

        Dated:  December 19, 2011