IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB LLC,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Second Joint Motion to Modify Certain Scheduling Order Deadlines [CM/ECF 42]** [Docket No. 103; Filed February 9, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on August 31, 2011 [#42] and amended on January 4, 2012 [#102], is further modified as follows:

- Affirmative Expert Designations/Disclosures — **March 15, 2012**
- Rebuttal Expert Designations/Disclosures — **April 16, 2012**
- Discovery Cut-off — **May 2, 2012**
- Dispositive Motion Deadline — **June 1, 2012**

All other dates and deadlines remain the same.  **Absent exceptional cause, the Court will likely decline to grant any further requests for extensions of time.**

Dated:  February 10, 2012