IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB LLC,

      Plaintiff,

v.

STULL RANCHES, LLC,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Third Joint Motion to Modify Certain Scheduling Order Deadlines [CM/ECF 42]** [Docket No. 107; Filed March 14, 2012] (the "Motion").  In light of the limited request and described circumstances,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on August 31, 2011 [#42], and amended on January 4, 2012 [#102] and February 10, 2012 [#105], is further modified as follows:

| | |
|---|---|
| • Affirmative Expert Designations/Disclosures | **March 26, 2012** |
| • Rebuttal Expert Designations/Disclosures | **April 26, 2012** |
| • Discovery Cut-off | **May 11, 2012** |
| • Dispositive Motion Deadline | **June 11, 2012** |

      The Final Pretrial Conference remains scheduled for August 20, 2012.  **Again, absent exceptional cause, the Court will likely decline to grant any further requests for extensions of time.**

      Dated:  March 16, 2012