IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB LLC,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Limited Changes to Interrogatory & RFP Deadline [CM/ECF 42 ¶9f-g]** [Docket No. 110; Filed March 30, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on August 31, 2011 [#42], and amended on January 4, 2012 [#102], February 10, 2012 [#105], and March 16, 2012 [#109], is further modified as follows.  The deadline for serving written discovery requests is extended to *one day* after the completion of Roger Stull's deposition.  Such written discovery requests are limited to "issues that may arise in that deposition," as agreed by the parties. [#110] at 2.  The last day for responding to any written discovery request arising from Mr. Stull's deposition is **May 11, 2012**.

    All other dates and deadlines remain the same.

    Dated:  April 2, 2012