**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: August 1, 2012
Court Reporter: Janet Coppock                Time: 3 hours and 11 minutes

**CASE NO.  11-cv-01557-PAB-KLM**

Parties                                      Counsel

**ENTEK GRB, LLC,**                          Lucy Deakins
                                             L. Poe Leggette

       Plaintiff (s),

vs.

**STULL RANCHES, LLC,**                      Dudley Von Holt

       Defendant (s).

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**9:09 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Preliminary Injunction and Brief in Support (Doc #126)**

Court and counsel address preliminary matters.

Ms. Deakins advises that the parties have stipulated to the authenticity of exhibits.

Page Two
11-cv-01557-PAB-KLM
August 1, 2012

**9:14 a.m.**     Opening statement by Ms. Deakins.

**9:20 a.m.**     Direct examination of plaintiff's witness Tim Hopkins by Ms. Deakins.

Plaintiff's **exhibit 2** identified, offered and ADMITTED.

Plaintiff's **exhibit 12** identified, offered and ADMITTED.

Plaintiff's **exhibit 52** identified, offered and ADMITTED, over objection by Mr. Von Holt.

Plaintiff's **exhibit 34** identified, offered and ADMITTED.

Plaintiff's **exhibit 33** identified, offered and ADMITTED.

Plaintiff's **exhibit 30** identified, offered and ADMITTED.

**10:20 a.m.**    Cross examination by Mr. Von Holt.

Defendant's **exhibit J** identified, offered and ADMITTED.

Plaintiff's **exhibit 15** identified, offered and ADMITTED.

Plaintiff's **exhibit 16** identified, offered and ADMITTED.

**10:45 a.m.**    **COURT IN RECESS**

**10:48 a.m.**    **COURT IN SESSION**

        Cross examination by Mr. Von Holt continuses.

**11:05 a.m.**    Redirect examination by Ms. Deakins.

Witness excused.

**11:08 a.m.**    Direct examination of plaintiff's witness David Smith by Ms. Deakins.

Plaintiff's **exhibit 3** identified, offered and ADMITTED.

Plaintiff's **exhibit 4** identified, offered and ADMITTED,.

Plaintiff's **exhibit 5** identified, offered and ADMITTED.

Page Three
11-cv-01557-PAB-KLM
August 1, 2012

Plaintiff's **exhibit 6** identified, offered and ADMITTED.

Plaintiff's **exhibit 7** identified, offered and ADMITTED.

Plaintiff's **exhibits 26 through 29 (inclusive)** identified, offered and ADMITTED, over objection by Mr. Von Holt.

**ORDERED:**  Plaintiff's remaining exhibit 1 through 43 that have not already been admitted are ADMITTED for purposes of these proceedings.

**ORDERED:**  Defendant's **exhibits A, C, D, F, G, H, and I** are ADMITTED for purposes of these proceedings.

**11:38 a.m.**   Mr. Von Holt proffers what the testimony of Kelly Sewell would be.

**11:40 a.m.**   Ms. Deakins proffers what her cross examination of Mr. Sewell would be.

Plaintiff's **exhibit 53** identified, offered and ADMITTED.

**11:45 a.m.   COURT IN RECESS**

**2:02 p.m.   COURT IN SESSION**

Plaintiff's **exhibits 46, 49 and 50** identified offered and ADMITTED.

**2:03 p.m.**   Closing argument by Ms. Deakins.

**2:24 p.m.**   Closing argument by Mr. Von Holt.

**2:37 p.m.**   Rebuttal closing argument by Ms. Deakins.

**2:38 p.m.**   Rebuttal closing argument by Mr. Von Holt.

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction and Brief in Support (Doc #126) is **TAKEN UNDER ADVISEMENT**.

**2:40 p.m.   COURT IN RECESS**

**Total in court time:        191 minutes**

**Hearing concluded**