IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01557-PAB-KLM

ENTEK GRB LLC,

    Plaintiff and Counter Defendant,

v.

STULL RANCHES, LLC,

    Defendant and Counter Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. Four dispositive motions are presently pending before the District Judge, and two are not yet ripe for review. *See* [## 87, 88, 146, 149]. Accordingly,

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for August 20, 2012 is **VACATED**. The Court will reset the Final Pretrial Conference, if necessary, after resolution of the motions for summary judgment [##146, 149].

    IT IS FURTHER **ORDERED** that **Defendant Stull Ranches LLC's Request to Appear by Telephone for Final Pretrial Conference** [Docket No. 153; Filed August 14, 2012] is **DENIED AS MOOT**.

    Dated: August 14, 2012