**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01557-PAB-KLM

ENTEK GRB, LLC,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Philip A. Brimmer entered on March 29, 2013 [Docket No. 173] it is

    **ORDERED** that defendant Stull Ranches, LLC's Motion for Partial Summary Judgment [Docket No. 146] is **GRANTED** in part and **DENIED** in part.  It is

    **FURTHER ORDERED** that plaintiff Entek GRB, LLC's Motion for Summary Judgment and Brief in Support [Docket No. 149] is **GRANTED** in part and **DENIED** in part.  It is

    **FURTHER ORDERED** that this case is closed in its entirety.

    Dated at Denver, Colorado this 29th day of March, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk